UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
In Re:                                              Chapter 13

Thomas Lynch                                        Bankruptcy Case # 09-23353
_____x            Adversary Case No. 09-08329
Thomas Lynch
      Plaintiff,
Vs

TD Bank
      Defendant.
_____x


## NOTICE OF WITHDRAWAL OF ADVERSARY CASE

TO ALL PARTIES:

    PLEASE TAKE NOTICE that, the Complaint filed against TD Bank North, is hereby withdrawn, without prejudice.

DATED: December 22, 2009
Spring Valley, New York

                                                       /s/   Joshua N. Bleichman
                                                Joshua N. Bleichman
                                                Attorney for Debtor
                                                268 ROUTE 59
                                                Spring Valley, NY  10977
                                                (845) 425-2510

## CERTIFICATE OF SERVICE

    I, Joshua N. Bleichman, an attorney admitted to practice in this court affirm under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I am associated with Bleichman and Klein located at 268 Route 59, Spring Valley, New York 10977. I served the within Notice of Withdrawal,  on December 22, 2009, by depositing a true copy thereof by ECF or in an post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, to:

TD Bank, N.A.
Phillips Lytle, LLP
1400 First Federal Plaza
Rochester, NY 124614

                                                    /s/   Joshua N. Bleichman
                                                      Joshua N. Bleichman